

250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL 32817

Telephone: 315-701-5780, Fax: 315-701-5781

*Document Electronically Filed*
Hon. Valerie Figueredo
United States Magistrate Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re:    Moore v. Commissioner of Social Security
> Docket No: 1:26-cv-00203-VF

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: April 8, 2026**

The extension request is GRANTED and schedule proposed herein ADOPTED. The Clerk of Court is respectfully directed to close the motion at ECF No. 10.

Hon. Judge Figueredo:

This letter respectfully requests an extension of time of seventy-five (75) days for Plaintiff to file Plaintiff's Brief in this matter on or before June 30, 2026. Plaintiff's Brief is currently due on April 16, 2026; however, Plaintiff cannot complete the Brief on time for the reasons detailed below.

Counsel requests this extension due to multiple, simultaneous filing deadlines. Counsel requires additional time to prepare Plaintiff's brief properly and thoroughly. For instance, between April 3 and June 26, 2026, staff in Counsel's office have three hundred and fifteen (315) Plaintiff briefs due. This figure does not include briefings which will be due after the filing of Administrative Records throughout this timeframe, Oral Arguments, appeals to Circuit Courts, Reply Briefs, settlement negotiations, and the various other tasks which arise throughout the course of litigation. These circumstances do not allow Plaintiff's Counsel to properly prepare the brief by the current deadline. This request will not cause Defendant any undue hardship. This extension is needed to prepare the brief thoroughly and properly.  Further, Counsel's office recently lost a briefing attorney, which necessitated Counsel adjust the firm's scheduling to redistribute and integrate briefings into the attorney's schedules.

Plaintiff's counsel has contacted Defense Counsel, who kindly consents to this request and has agreed to the briefing schedule below. This request will not cause Defendant any undue hardship. The parties have agreed on the briefing schedule below. This is Plaintiff's first request for an extension of time.

If Plaintiff's request is granted, the new briefing schedule would be:

- **Plaintiff's Brief is due on or before June 30, 2026;**
- **Defendant's Brief is due on or before September 14, 2026; and**
- **Plaintiff's Reply Brief, if any, is due on or before September 28, 2026.**

250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL 32817

Telephone: 315-701-5780, Fax: 315-701-5781

www.windisability.com
1-888-WIN-SSDI

Thank you for your consideration.

Respectfully submitted,

*/s/ Howard D. Olinsky*
Howard D. Olinsky, Esq.
Counsel for Plaintiff

CC [via ECF]: Fergus Kaiser, Esq., Attorney for Defendant

**SO ORDERED.**

Dated: _____

_____
**U.S. Magistrate Judge**